**United States District Court**
For the Northern District of California

*E-Filed 3/22/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

YAN GIMELFARB,                          No. C 10-03393 RS

        Plaintiff,

  v.                                    **ORDER SETTING A CASE MANAGEMENT CONFERENCE AND ORDERING PLAINTIFF TO SHOW CAUSE**

BRET MCMANIGAL,

        Defendant.

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

      On October 27, 2011, a case management conference was held.  Plaintiff neglected either to cooperate in the filing of a joint statement or to file his own statement.  At the conference, plaintiff was ordered to file his own statement within two weeks, but failed to do so. A case management conference is set for **April 26, 2012 at 10:00 a.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco.  Plaintiff is ordered to appear at this conference and indicate whether he has abandoned the case and if not, to explain why he did not make the court-ordered filing.  In the event plaintiff does not appear, this case may dismissed with prejudice without further notice.

      IT IS SO ORDERED.

Dated: 3/22/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE