IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YAN GIMELFARB,<br><br>        Plaintiff,<br>  v.<br>OFC BRET MCMANIGAL, et al.,<br><br>        Defendants. | No. C 10-03393 RS<br><br>**CASE MANAGEMENT<br>SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on April 26, 2012. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.    ALTERNATIVE DISPUTE RESOLUTION.

    MEDIATION. This matter is referred to mediation to be completed within 90 days of the issuance of this order. The parties shall promptly notify the Court whether the case is resolved at the conference.

    2.    DISCOVERY. Discovery is temporarily reopened for the limited purpose of permitting defendants to propound written discovery on plaintiff. Plaintiff shall have 20 days from the receipt of said discovery to respond. At this point discovery will be closed.

    3.    PRETRIAL MOTIONS. All pretrial motions must be filed and served pursuant to Civil Local Rule 7. All pretrial motions shall be heard no later than October 25, 2012.

4. PRETRIAL STATEMENTS. At a time convenient to both, counsel shall meet and confer to discuss preparation of a joint pretrial statement, and on or before December 14, 2012 counsel shall file a Joint Pretrial Statement.

5. PRETRIAL CONFERENCE. The final pretrial conference will be held on **January 3, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

6. TRIAL DATE. Trial shall commence on **January 14, 2013 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED:  4/26/12

_____
RICHARD SEEBORG
United States District Judge